1  SHARON DOUGLASS MAYO - State Bar No. 150469
   sharon.mayo@aporter.com
2  DANIKA B. VITTITOE - State Bar No. 235337
   danika.vittitoe@aporter.com
3  VIKRAM SOHAL - State Bar No. 240251
   vikram.sohal@aporter.com
4  EMILIA P. PETERSEN - State Bar No. 253681
   emilia.petersen@aporter.com
5  ARNOLD & PORTER LLP
6  777 South Figueroa Street, 44th Floor
   Los Angeles, California  90017-5844
7  Telephone: (213) 243-4000
   Facsimile: (213) 243-4199

8  Attorneys for Plaintiffs

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12                    SOUTHERN DIVISION

13

14  FRANK MUSIC CORP., SONY/ATV          Case No. SACV08-01189 CJC (MLGx)
    HARMONY AND GLADYS MUSIC
15  ELVIS PRESLEY ENTERPRISES            [PROPOSED] CONSENT
    LLC,                                 JUDGMENT
16
            Plaintiffs,                  [17 U.S.C. §§101 ET SEQ.]
17
       v.
18
    MARZIEH BAGHERITARI,
19
            Defendant.
20

21

22

23

24

25

26

27

28

LA: 571534v1

1     WHEREAS, plaintiffs Frank Music Corp., Sony/ATV Harmony, and Gladys

2   Music Elvis Presley Enterprises LLC ("Plaintiffs") are owners of the copyrights in

3   the musical compositions listed in Schedule A to Plaintiffs' Complaint filed in this

4   action and members of the American Society of Composers, Authors and Publishers

5   ("ASCAP"); and

6     WHEREAS, defendant Marzieh Bagheritari ("Defendant"), at the times of the

7   infringing acts alleged in the Complaint, did own, control, manage, operate, and

8   maintain a place of business for public entertainment, accommodation, amusement,

9   and refreshment known as Orchid Restaurant, 3033 Bristol Street, Suite D, in Costa

10   Mesa, in the State of California; and

11     WHEREAS, without authorization or consent, Defendant, on the dates

12   specified on Schedule A to the Complaint, publicly performed Plaintiffs' copyrighted

13   musical compositions at Orchid Restaurant, 3033 Bristol Street, Suite D, in Costa

14   Mesa, in the State of California, for the entertainment and amusement of the patrons

15   attending said premises in violation of Plaintiffs' rights under 17 U.S.C. § 106(4), as

16   a remedy for which Plaintiffs are entitled to judgment against Defendant for willful

17   copyright infringement.

18     NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

19   DECREED that:

20     1.     (a)     Judgment is entered for Plaintiffs and against Defendant on the

21   claims set forth in Plaintiffs' Complaint in the amount of Twelve Thousand Five

22   Hundred Dollars ($12,500.00) (the "Consent Judgment Amount"). Notwithstanding

23   the foregoing, the parties have agreed that this Judgment may be satisfied upon

24   Defendant's payment of the sum of Ten Thousand Dollars ($10,000.00) (the

25   "Settlement Amount") as provided in Paragraph 2 below.

26     (b)     The amount provided for in this Consent Judgment shall be in full

27   settlement of all claims against Defendant arising out of Plaintiffs' Complaint and all

28   other copyright infringement claims of members of ASCAP against Defendant arising

- 2 -

1  out of the operation of Orchid Restaurant, 3033 Bristol Street, Suite D, in Costa
2  Mesa, in the State of California, during all periods up to and including the date of
3  entry of this Consent Judgment.
4      2.    (a)    Defendants shall pay the Settlement Amount in installments as
5  follows:
6          A.    Payment of Eight Hundred Thirty-Three Dollars and Thirty-
7              Three Cents ($833.33) upon the first of each month from
8              November 2009 through October 2010.
9          (b)    Defendant shall make the payments provided for above in the
10  form of a certified, cashier's, bank, or corporate business check drawn on a California
11  bank, made payable to "ASCAP," and delivered to Danika B. Vittitoe, Esq., at
12  Arnold & Porter LLP, 777 South Figueroa Street, 44th Floor, Los Angeles, California
13  90017, or such other person as Plaintiffs' attorneys shall designate to receive such
14  payments.
15      3.    Defendant agrees that no ASCAP members' copyrighted works shall be
16  performed by any person or in any manner at Orchid Restaurant unless and until
17  Defendant executes a ASCAP General License Agreement for Orchid Restaurant and
18  agrees to pay annual license fees in accordance therewith.  Should Defendant fail to
19  comply with the terms of this paragraph 3, ASCAP's members retain their rights to
20  pursue future claims for copyright infringement against Defendant, should such
21  claims arise.
22      4.    In the event that (i) Defendant fails to make any of the payments
23  provided for in paragraph 2(a) above; or (ii) ASCAP obtains evidence of additional
24  infringing performances of ASCAP members' copyrighted musical works at Orchid
25  Restaurant, upon receipt by Defendant of written notice from Plaintiffs or their
26  undersigned attorneys of any such delinquency or infringing performances,
27  Defendant shall have ten (10) calendar days in which to cure such delinquency.  If the
28  delinquency is not cured within such ten (10) day period or if ASCAP has such

1  evidence of infringing performances, Defendant shall be obligated to pay the full

2  Consent Judgment amount of Twelve Thousand Five Hundred Dollars ($12,500.00),

3  less any payments previously made to Plaintiffs pursuant to paragraph 2(a) above.

4  Such balance shall be immediately due and payable, and execution therefor may issue

5  forthwith and without any further notice to Defendant.

6       5.     Plaintiffs shall be granted all such writs and process as are necessary or

7  proper for the enforcement of this Consent Judgment.

8       6.     Subject to the Court's continuing jurisdiction over the parties for

9  purposes of enforcement of this Consent Judgment, this action is dismissed.

10

11                          **ORDER**

12  **IT IS SO ORDERED.**

13

14  Dated:  _November 13, 2007_

15                                    _____
                                      UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28